## Flowers Builders Supply Company, Appellant, *v.* Farrell Building Company.

Argued March 26, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Virgil L. Johnson,* with him *J. A. Stranahan,* of *Stranahan & Sampson,* for appellant.

*Louis J. Wiesen* and *Emrys G. Francis,* for appellee, were not heard.

PER CURIAM, April 22, 1935:
An examination of the record in this case fails to disclose any reason for appointment of a receiver. The bill was properly dismissed.

Judgment affirmed at costs of appellant.